IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KIRBY POWER MURPHY | § | CASE NO. 03-61053 |
| SSN: XXX-XX-9300 | § | |
| MELANIE ELROD MURPHY | § | |
| SSN: XXX-XX-9996 | § | |
| | § | |
| DEBTORS | § | CHAPTER 7 |

NOTICE OF UNCLAIMED FUNDS TO BE DEPOSITED
INTO REGISTRY OF THE COURT

**NOW COMES JASON R. SEARCY, TRUSTEE** for the estate of Kirby Power & Melanie

Elrod Murphy in the above styled and numbered cause and makes this his Notice of Unclaimed

Funds to be Deposited into Registry of the Court.

I.

On December 14, 2010, your Trustee filed his Final Report and Proposed Distributions

setting forth the administrative, priority, and unsecured claims to be paid to the full extent of

available estate funds.

II.

Jason R. Searcy, Trustee has distributed the funds of this estate in accordance with the

Trustee's Final Report and Proposed Distributions; in addition to, any and all subsequent noticed

distributions. Four distributions are still outstanding and have never been presented for endorsement

or payment, despite attempts by the Trustee to have the checks presented for payment.

More than ninety (90) days have passed since the initial distributions were made.

| | | |
|---|---|---|
| Flint Energy Services, Inc. | $  87.74 | Check No. 2005 |
| Jeanne Fields Shelby | $ 104.27 | Check No. 2007 |
| Express Oilfield | $ 600.78 | Check No. 2010 |

Whipp Oil Tools                  $    7.24                  Check No. 2022

III.

Trustee's Check No. 2029 drawn in the amount of $800.03 and made payable to the United States Bankruptcy Court will be forwarded immediately upon completion of the ECF filing of this Notice.

IV.

To the best of Trustee's knowledge and belief, the proposed deposit to the registry of the Court prejudices no party in interest, is fair and equitable and in the best interest of this bankruptcy estate. Said deposit will extinguish all remaining estate funds and no further matters of administration will be necessary.

DATED this 26th day of April, 2011.

RESPECTFULLY SUBMITTED,

SEARCY & SEARCY, P.C.

BY:*/s/Jason R. Searcy*
    JASON R. SEARCY
    P.O. BOX 3929
    LONGVIEW, TEXAS 75606
    (903) 757-3399
    FAX (903) 757-9559
    STATE BAR NO. 17953500

ATTORNEY FOR TRUSTEE.

CERTIFICATE OF SERVICE

I, the undersigned, certify that a true and correct copy of the above and foregoing document was served through electronic mail pursuant to the Electronic Case Management system of the United States Bankruptcy Court for the Eastern District of Texas on the 26th day of April, 2011.

*/s/Jason R. Searcy*
JASON R. SEARCY